UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BAUTISTA CABRERA, individually and
on behalf of all others similarly situated,

                    JUDGMENT
                    14 CV 4874 (LDH)(RML)

           Plaintiff,

      v.

SANTIAGO CANELA, individually and as
officer, shareholder, and/or principal of
ESTRELLA LATINA CORP., d/b/a
ESTRELLA LATINA; ESTRELLA LATINA
CORP., d/b/a ESTRELLA LATINA,

           Defendants.
---------------------------------------------------------------X

      An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 30, 2019, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated June 20, 2019, granting Plaintiff $37,582.25 in attorney's fees and $1,489.27 in costs for a total award of $39,071.52 against Defendants Santiago Canela and Estrella Latina Corp.; it is

      ORDERED and ADJUDGED that Plaintiff is awarded a total amount of $39,071.52 against Defendants Santiago Canela and Estrella Latina Corp.

Dated: Brooklyn, New York                         Douglas C. Palmer
      September 30, 2019                           Clerk of Court

                                                by:    */s/ Jalitza Poveda*
                                                          Deputy Clerk